**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                  NO. 4:15CR00013-01 JLH

TRACY D. CHRISTIANSON                                                  DEFENDANT

## ORDER MODIFYING CONDITIONS OF RELEASE

Upon request of the United States Probation Office, and without objection from the United States Attorney, it is hereby ordered that the defendant's Order Setting Conditions of Release filed on January 8, 2015, is hereby modified to REMOVE the following condition:

d)   surrender any passport to: U.S. Probation Office.

All other conditions remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 9th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE